| | |
|---|---|
| 1 | Joseph A. Gutierrez (Bar No. 9046)<br>jag@mgalaw.com |
| 2 | Stephen G. Clough (Bar No. 10549)<br>sgc@mgalaw.com |
| 3 | MAIER GUTIERREZ & ASSOCIATES<br>8816 Spanish Ridge Avenue |
| 4 | Las Vegas, Nevada 89148<br>Telephone: (702) 629-7900 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>ROSEANNE BUSEY |
| 7 | Anna Maria Martin (Bar No. 7079)<br>amartin@mmhllp.com |
| 8 | MESERVE, MUMPER & HUGHES LLP<br>316 California Ave. # 216 |
| 9 | Reno, Nevada 89509 |
| 10 | 800 Wilshire Boulevard, Suite 500<br>Los Angeles, California 90017-2611 |
| 11 | Telephone: (213) 620-0300 |
| 12 | Attorneys for Defendant<br>UNUM LIFE INSURANCE COMPANY OF AMERICA |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA - LAS VEGAS**

| | |
|---|---|
| ROSEANNE BUSEY, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA, a foreign corporation; DOES X through XX; and ROE CORPORATIONS I through X, inclusive,<br><br>    Defendant. | Case No. 2:18-cv-01612-JAD-GWF<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER FOR FURTHER EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT (SECOND REQUEST)**<br><br>Complaint Served: August 31, 2018<br>Current Response Due: October 12, 2018<br>Prop. Resp. Date: October 19, 2018<br><br>Judge: Jennifer A. Dorsey<br><br>Complaint Filed: August 27, 2018 |

WHEREAS, Defendant UNUM LIFE INSURANCE COMPANY OF AMERICA ("UNUM") was served with the Complaint in this action by Plaintiff Roseanne Busey ("Plaintiff") on August 31, 2018, which was filed in the United States District Court, District of Nevada;

WHEREAS, the deadline for UNUM to respond to the Complaint is presently October 12, 2018;

WHEREAS, UNUM's counsel requires additional time to review and assess the file in order

1  to prepare an adequate response to the Complaint;

2  WHEREAS, for good cause and pursuant to Local Rule IA 6-1, the parties wish to extend the
3  time within which a responsive pleading to the Complaint must be filed and served by UNUM by
4  seven (7) days, to October 19, 2018;

5  WHEREAS, this is the second stipulation for extension of time to file a responsive pleading
6  to the Complaint;

7  IT IS HEREBY STIPULATED by and between Plaintiff and UNUM, by and through their
8  respective attorneys of record, that the time within which a responsive pleading to Plaintiff's
9  Complaint must be filed and served by UNUM is extended to October 19, 2018.

10 **IT IS SO STIPULATED.**

11 Dated:  October 12, 2018              Joseph A. Gutierrez
                                         Stephen G. Clough
12                                       MAIER GUTIERREZ & ASSOCIATES
13
                                         By:    */s/ Stephen G. Clough*
14                                              Joseph A. Gutierrez, Esq.
                                                Stephen G. Clough, Esq.
15                                              8816 Spanish Ridge Avenue
                                                Las Vegas, NV 89148
16                                              Attorneys for Plaintiff ROSEANNE BUSEY

**(Signatures continued on next page)**

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

Case No.  2:18-cv-01612-JAD-GWF
STIP. & [PROPOSED] ORDER FOR EXT. TO RESPOND TO
COMPLAINT (FIRST REQUEST)

2

Dated: October 12, 2018

Anna Maria Martin
MESERVE, MUMPER & HUGHES LLP

By: */s/ Anna Maria Martin*
Anna Maria Martin
316 California Ave. # 216
Reno, Nevada 89509
Attorneys for Defendant UNUM LIFE
INSURANCE COMPANY OF AMERICA

**AFFIRMATION**

The undersigned does hereby affirm that the preceding document does not contain the social security numbers of any person.

**IT IS SO ORDERED**:

DATED: 10-15-2018

*George Foley Jr.*

UNITED STATES MAGISTRATE JUDGE