UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ROSANNE BUSEY, <br><br> Plaintiff, <br><br> v. <br><br> UNUM LIFE INSURANCE COMPANY OF AMERICA, <br><br><br><br> Defendant. | Case No. 2:18-cv-01612-JAD-GWF <br><br><br> **ORDER** |

This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. The Complaint (ECF No. 1) in this matter was filed on August 27, 2018. On October 18, 2018 Defendant file its Answer. ECF No. 9. Pursuant to LR 26-1(a) the parties must submit a stipulated discovery plan and scheduling order fourteen days after the mandatory Fed. R. Civ. P. 26(f) conference. To date, the parties have not complied. Accordingly,

**IT IS HEREBY ORDERED** that the parties' shall file a Stipulated Discovery Plan and Scheduling Order no later than **January 18, 2019**.

Dated this 9th day of January, 2019.

GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE