Joseph A. Gutierrez (Bar No. 9046)
jag@mgalaw.com
Stephen G. Clough (Bar No. 10549)
sgc@mgalaw.com
MAIER GUTIERREZ & ASSOCIATES
8816 Spanish Ridge Ave.
Las Vegas, NV 89148
Telephone: (702) 629-7900

Attorneys for Plaintiff
ROSEANNE BUSEY

Anna Maria Martin (Bar No. 7079)
amartin@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
316 California Ave. # 216
Reno, Nevada 89509

1000 Wilshire Boulevard, Suite 1860
Los Angeles, California 90017
Telephone: (213) 620-0300

Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA - LAS VEGAS

| | |
|---|---|
| ROSEANNE BUSEY, an individual,<br><br>  Plaintiff,<br><br>  vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA, a foreign corporation; DOES X through XX; and ROE CORPORATIONS I through X, inclusive,<br><br>  Defendant. | Case No. 2:18-cv-01612-JAD-GWF<br><br>**STIPULATION TO EXTEND MEDIATION DEADLINE AND ALL OTHER DISCOVERY AND BRIEFING DATES; [PROPOSED] ORDER**<br><br>Judge:   Jennifer A. Dorsey<br><br>ADR Deadline:            March 1, 2019<br>Prop. New ADR Deadline:  April 15, 2019<br><br>Complaint Filed:         August 27, 2018 |

## STIPULATION TO EXTEND MEDIATION DEADLINE AND ALL OTHER RELEVANT DATES; [PROPOSED] ORDER

UNUM LIFE INSURANCE COMPANY OF AMERICA ("Unum Life"), and ROSEANNE BUSEY ("Plaintiff"), (collectively referred to herein as the "parties"), by and through their respective counsel of record, hereby stipulate and request the Court's agreement to extend the current mediation

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

STIPULATION TO EXTEND MEDIATION
DEADLINE & ALL OTHER DATES;
[PROPOSED] ORDER

1

Case No. 2:18-cv-01612-JAD-GWF

1  deadline and all other relevant discovery and briefing dates by an additional 45 days.

2       On January 10, 2019, the parties jointly filed a Proposed Discovery Plan and Proposed
3  Scheduling Order proposing the last day to complete mediation be March 1, 2019. (Doc No. 12).
4  The Court affirmed that deadline in its Scheduling Order (Doc No. 13);

5       The parties have agreed to mediate with a private mediator who is experienced under the
6  Employee Retirement Income Security Act of 1974.

7       The parties agreed to mediate with Adrienne Publicover of JAMS.

8       Given the schedules of the attorneys, the parties and the mediator, the earliest dates on which
9  mediation may take place is March 25, 26 or 27, 2019, in Reno, Nevada.

10       For good cause, the Parties wish to continue the Mediation deadline from March 1, 2019 to
11  April 15, 2019 (45 days) to ensure compliance.

12       The Parties further agree they wish to continue all other discovery and briefing dates to avoid
13  unnecessary litigation costs and to ensure there is no prejudice to either Party due to the extended
14  mediation date.

15       Below is a table indicating the existing deadlines and the proposed new deadlines.

| **Event** | **Existing Date** | **Proposed New Date** |
|---|---|---|
| Last date to complete mediation | March 1, 2019 | April 15, 2019 |
| Last date to File Cross Briefs Regarding Allowance of Expert Discovery | March 18, 2019 | May 2, 2019 |
| Last date for Defendant's Filing of Administrative Record | June 21, 2019 | August 5, 2019 |
| Last date to file Opening Briefs | July 12, 2019 | August 26, 2019 |
| Last date to file Opposition Briefs | August 2, 2019 | September 16, 2019 |
| Oral Hearing/Trial Date | August 16, 2019 | September 27, 2019 |

The Parties respectfully request that the Court grant the proposed continuation of the mediation deadline and all other dates for the reasons stated. The Parties certify that there have been no prior time modifications for deadlines in this case, and do not believe that this extension sought to continue the mediation deadline and all other dates will prejudice any party or result in undue delay.

**IT IS SO STIPULATED**.

Dated: January 31, 2019     MAIER GUTIERREZ & ASSOCIATES
Joseph A. Gutierrez
Stephen G. Clough

By: */s/ Steven G. Clough*
Joseph A. Gutierrez
Steven G. Clough
Attorneys for Plaintiff
ROSEANNE BUSEY

Dated: January 31, 2019     MESERVE, MUMPER & HUGHES LLP
Anna Maria Martin

By: */s/ Anna Maria Martin*
Anna Maria Martin
Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY
OF AMERICA

## **AFFIRMATION**

The undersigned does hereby affirm that the preceding document does not contain the social security numbers of any person. Additionally, the filing attorney attests that she has obtained concurrence regarding the filing of this document and its content from the signatories to this document.

**IT IS SO ORDERED**:

DATED: February 1, 2019.

*George Foley Jr.*
UNITED STATES MAGISTRATE JUDGE