Joseph A. Gutierrez (Bar No. 9046)
jag@mgalaw.com
Stephen G. Clough (Bar No. 10549)
sgc@mgalaw.com
MAIER GUTIERREZ & ASSOCIATES
8816 Spanish Ridge Avenue
Las Vegas, NV 89148
Telephone: (702) 629.7900
Facsimile: (702) 629.7925

Attorneys for Plaintiff
ROSEANNE BUSEY

Anna Maria Martin (Bar No. 7079)
amartin@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
316 California Ave. # 216
Reno, Nevada 89509

1000 Wilshire Boulevard, Suite 1860
Los Angeles, California 90017
Telephone:  (213) 620-0300

Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA - LAS VEGAS

| | |
|---|---|
| ROSEANNE BUSEY, an individual,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA, a foreign corporation; DOES X through XX; and ROE CORPORATIONS I through X, inclusive,<br><br>　　　　　　Defendant. | Case No. 2:18-cv-01612-JAD-GWF<br><br>**JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE; ORDER THEREON**<br><br>Judge:　Jennifer A. Dorsey<br><br>Complaint Filed:　August 27, 2018<br><br>ECF No. 16 |

IT IS HEREBY STIPULATED, by and between Plaintiff ROSEANNE BUSEY and Defendant UNUM LIFE INSURANCE COMPANY OF AMERICA, by and through their respective attorneys of record, that this action shall be dismissed in its entirety with prejudice as to all defendants pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.  Each party shall bear its own attorneys' fees and costs.

The parties seek the Court's approval of the dismissal of the action with prejudice and that all future hearings and deadlines be vacated and taken off the Court's calendar.

**IT IS SO STIPULATED.**

Dated: May 2, 2019

MAIER GUTIERREZ & ASSOCIATES
Joseph A. Gutierrez
Stephen G. Clough

By:  */s/ Stephen G. Clough*
Stephen G. Clough
Attorneys for Plaintiff
ROSEANNE BUSEY

Dated: May 2, 2019

MESERVE, MUMPER & HUGHES LLP
Anna Maria Martin

By:  */s/ Anna Maria Martin*
Anna Maria Martin
Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY
OF AMERICA

## ORDER

Based on the parties' stipulation **[ECF No. 16]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 3, 2019